IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

LAURA S. LEARY and ELWOOD
S. LEARY, II,

      Plaintiffs,

v.                                                 CIVIL ACTION NO. 3:07CV153

JAMES E. ROGERS, JR.,; BOY SCOUTS OF
AMERICA, NATIONAL COUNCIL, not-for-profit
corporation; and BALTIMORE AREA COUNCIL
BOY SCOUTS OF AMERICA, INCORPORATED,
a division of the Boy Scouts of America, a not-for-profit
corporation,

      Defendants,

## ORDER DISMISSING DEFENDANTS
## BOY SCOUTS OF AMERICA, NATIONAL COUNCIL, AND
## BALTIMORE AREA COUNCIL BOY SCOUTS OF AMERICA, INCORPORATED

    This day came Plaintiffs by their counsel, James B. Lees, Jr. of Hunt and Lees, and Defendants, Boy Scouts of America, National Council, and Baltimore Area Council Boy Scouts of America, Incorporated, by their counsel, Fred Adkins of Huddleston Bolen, LLP. Plaintiffs' counsel represented to the Court that further investigation into the incident involved in this matter revealed that Defendants Boy Scouts of America, National Council, and Baltimore Area Council Boy Scouts of America, Incorporated, were not involved. Accordingly, Plaintiffs, through their counsel, request the Court to dismiss Defendants Boy Scouts of America, National Council, and Baltimore Area Council Boy Scouts of America, Incorporated. The case is to remain pending against Defendant James E. Rogers, Jr.

    Upon representation by Plaintiff's counsel that Defendants Boy Scouts of America, National Council, and Baltimore Area Council Boy Scouts of America, Incorporated were not involved in the incident, the Court grants Plaintiff's request.

Accordingly, Defendants Boy Scouts of America, National Council, and Baltimore Area Council Boy Scouts of America, Incorporated are **DISMISSED**. This case is to remain **PENDING** against Defendant James E. Rogers, Jr.

**SO ORDERED**.

ENTER: This 22nd day of February 2008.

_____
United States District Judge John P. Bailey

**PREPARED BY:**

_____
Fred Adkins, Esquire (WVSB # 0076)
HUDDLESTON BOLEN LLP
P.O. Box 2185
Huntington, WV 25722-2185
(304) 691-8310

*Counsel for Defendants,*
*Boys Scouts of America, National Council, and*
*Baltimore Area Council Boys Scouts of America, Incorporated*

**APPROVED BY:**

_____
James B. Lees, Jr., Esquire (WVSB # 2176)
HUNT & LEES
P.O. Box 2506
Charleston, WV 25329-2506

*Counsel for Plaintiffs,*
*Laura S. Leary and Elwood S. Leary, II*